# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID LEE ANTHONY WILLIAMS,**

    **Plaintiff,**

    v.                                        Case No. 06-C-597

**DR. MICHAEL GREBNER, MEDICAL FEDERATION,
CHARLES FRIZGERALD, CHRISTINE BECKER,
MELISSA VAN HOFF, and ERIKA COATES,**

    **Defendants,**

## ORDER

    Plaintiff appealed my order granting summary judgment to defendants and dismissing his case. On August 8, 2008, the court of appeals dismissed plaintiff's appeal for failure to file a docketing statement. On September 8, 2008, plaintiff filed two motions with this court, one entitled "motion for relief," and the other entitled "motion to recall mandate." Perhaps plaintiff intended to file these motions with the court of appeals, but in any event, the motions are unintelligible and do not request any forms of relief that are within this court's power to grant.

    **THEREFORE, IT IS ORDERED** that plaintiff's motion for relief and his motion to recall mandate are **DENIED**.

    Dated at Milwaukee, Wisconsin, this 11 day of September, 2008.

                                                          /s_____
                                                           LYNN ADELMAN
                                                          District Judge